Dismissed and Memorandum Opinion filed October 21, 2004









Dismissed and Memorandum Opinion filed October 21,
2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00942-CR

____________

 

THE STATE OF TEXAS,
Appellant

 

V.

 

ANGELA MARIE PENA, Appellee

 



 

On Appeal from the
County Court at Law No. 3 & Probate Court

Brazoria County,
Texas

Trial Court Cause No.
133,906

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Memorandum Opinion filed October 21, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.

Do not publish C Tex.
R. App. P. 47.2(b).